[No. 24365-6-III. Division Three. April 26, 2007.]

*In the Matter of the Custody of* S.T.T.

JOHN THAMES ET AL., *Respondents*, v. SHEILA R. STEVENS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-01342-7, Maryann C. Moreno, J., entered July 8, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[Nos. 24644-2-III; 24967-1-III. Division Three. April 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS GARCIA RUIZ, *Appellant.*

*In the Matter of the Personal Restraint of* CARLOS GARCIA RUIZ, *Petitioner.*

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00469-2, Kenneth L. Jorgensen, J., entered October 31, 2005, together with a petition for relief from personal restraint. Judment *affirmed* and petition *dismissed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24833-0-III. Division Three. April 26, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. R.C., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 05-8-00380-1, Royce H. Moe, J. Pro Tem., entered November 14, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.